IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALAKE PARKER,

      Plaintiff,

v.                                       Case No. 1:15cv129-MW/GRJ

FLORIDA BELLS, LLC,

      Defendant.

_____/

## ORDER APPROVING SETTLEMENT

This is a Fair Labor Standards Act case. The parties jointly moved for approval of their settlement of the claims. ECF No. 9. As the motion recognizes, this Court must review such a settlement to determine whether it is fair and reasonable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

After review of the proposed settlement, this Court ordered the parties to clarify two things. First, the proposed settlement indicates that Plaintiff is to receive two checks in the amount of $844.05 for a total of $1688.10, plus attorney's fees. ECF No. 9-1, at 1. Yet the motion says the Plaintiff is to receive $15,000. ECF No. 9, at 4. Plaintiff says this is a typo; Plaintiff will receive $1688.10 plus $5,440.00 in attorney's fees. Fair enough.

1

Second, the motion says that "separate consideration has been negotiated for the general release from Plaintiff." ECF No. 9, at 4 n.1. The nature of the "separate consideration" was not clearly identified in the motion or the proposed settlement. Plaintiff says the separate consideration for the general release is Defendant's promise to provide neutral employment references in the future. While this sort of consideration is not automatically sufficient for a general release, this Court is satisfied that, under these circumstances, the agreement is fair and reasonable.

In short, this Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores* and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions, and that Defendants are paying Plaintiff's reasonable attorney's fees and costs. This Court approves the settlement, ECF No. 9, and dismisses the case with prejudice.

For these reasons,

**IT IS ORDERED:**

1. The parties' joint motion for settlement, ECF No. 9, is **GRANTED**.
2. The parties must comply with their settlement agreement.
3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.
4. This Court reserves jurisdiction to enforce the settlement.

5. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

6. The Clerk must close the file.

**SO ORDERED on October 20, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**